**N. C. CENTRAL UNIVERSITY v. TAYLOR**

[345 N.C. 630 (1997)]

N.C. CENTRAL UNIVERSITY, Petitioner v. BOYD S. TAYLOR, Respondent

No. 282PA96

(Filed 7 March 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 122 N.C. App. 609, 471 S.E.2d 115 (1996), vacating in part and affirming in part an order entered by Cashwell, J., on 20 April 1995 in Superior Court, Wake County. Heard in the Supreme Court 13 February 1997.

*Michael F. Easley, Attorney General, by Thomas O. Lawton III, Associate Attorney General, for petitioner-appellant.*

*McSurely Dorosin & Osment, by Alan McSurely, Mark Dorosin, and Ashley Osment, for respondent-appellee.*

PER CURIAM.

AFFIRMED.